STATE OF NEW JERSEY v. GERALD THOMAS.

June 18, 1981.

Petition for certification denied.

RAYMOND H. LOCKEY, JR. v. LAURIE JAN LOCKEY.

June 18, 1981.

Petition for certification denied.

NEW JERSEY SPORTS & EXPOSITION AUTHORITY v. JOSEPH MARINO.

June 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH EVANGELISTA.

June 18, 1981.

Petition for certification denied.